MARY I. VELDHUISEN, Appellant, v. ALBERT VELDHUISEN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, for an order directing defendant to pay to the plaintiff during pendency of action twenty dollars per week for the maintenance and support of plaintiff and the child of the parties, and a counsel fee of

* See Consol. Laws, chap. 72; Laws of 1920, chap. 275. Amd. by Laws of 1921, chap. 14. — [REP.

one hundred dollars. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.